## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Mary Elizabeth Doolittle,

Vs. No. 11-13-00215-CR

The State of Texas,

* From the 355th District
Court of Hood County,
Trial Court No. CR11663.

* September 26, 2013

* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.